## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: | ) |
| | ) |
| | )  Chapter 11 |
| LEFT-WAY CORPORATION, | ) |
| | )  Case No. 07-10355 |
| Debtor. | ) |
| | ) |

## MOTION OF BANK OF AMERICA, N.A. FOR APPROVAL OF PAYMENT OF ITS REASONABLE LEGAL FEES AND EXPENSES PURSUANT TO 11 U.S.C. § 506(B)

Bank of America, N.A., as successor-in-interest to Fleet Capital Corporation, (the "Lender") respectfully requests that this Court enter an order pursuant to Section 506(b) of the Bankruptcy Code allowing the Lender's reasonable pre-petition and post-petition attorneys' fees and related expenses in an aggregate amount of $59,768.27 and directing the Debtor to pay the outstanding balance thereof, $11,304.75.

In support of this Motion, the Lender respectfully states as follows:

### Background

1.      The Debtor and the Lender are parties to that certain Amended, Restated and Consolidated Loan and Security Agreement dated as of August 18, 2005 (as amended prior to the date hereof, the "Loan Agreement," and together with all documents executed in connection therewith, the "Loan Documents"). Pursuant to the Loan Agreement, the Lender agreed to provide the Debtor with a revolving line of credit in an amount up to $11,000,000. The Debtor's obligations to the Lender under the Loan Documents were secured by a perfected, first priority lien on all or substantially all of the Debtor's assets, including inventory and accounts receivable (collectively, the "Collateral").

2.      Pursuant to the Loan Agreement, the Debtor agreed, among other things, to pay the Lender's fees and expenses incurred in connection with the Loan Agreement, including, without limitation, all legal fees incurred by the Lender.

3.      The Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code on the January 22, 2007 (the "Petition Date"). As of the Petition Date, the Debtor owed the Lender approximately $5,210,000 in principal, plus accrued interest and fees.

4.      Prior to the Petition Date, the Lender was represented by the law firm of Robinson & Cole LLP ("R&C") in connection with the Debtor and the Loan Documents. When the Lender learned that the Debtor had commenced the instant case, the Lender retained the law firm of Choate, Hall & Stewart LLP ("CH&S") to represent it in connection with the Loan Agreement and this case. R&C continued to provide certain services to the Lender for a short period of time after the Petition Date. In particular, R&C assisted CH&S in becoming familiar with the Debtor and the Loan Documents.

5.      On February 22, 2007, this Court entered the *Stipulation and Order (1) Authorizing the Debtor to Use Cash Collateral, and (2) Granting Adequate Protection* (the "Cash Collateral Order"). Pursuant to the Cash Collateral Order, the Debtor was authorized, among other things, (a) to use cash collateral to operate its business and (b) to pay the Lender's post-petition attorneys' fees and expenses. As set forth in the Cash Collateral Order, the Lender was required to distribute to counsel for the Debtor, the Committee and the United States Trustee copies of invoices for attorneys' fees it incurred each month. If no party objected to such invoice within ten (10) days, the Debtor was authorized to pay the Lender's attorneys fees on an interim basis, subject to approval of the instant motion.

4199329v3

6.      On April 3, 2007, this Court approved the sale of substantially all of the Debtor's

assets, including, without limitation, the Collateral, to Five Star Products Inc. The sale closed on

or about April 6, 2007. Following the completion of the sale, the Debtor had more than

sufficient cash on hand to satisfy, in full, the Debtor's obligations to the Lender.

7.      On April 6, 2007, the Debtor paid the Lender $3,762,941.37, which amount

included principal, fees, interest (including post-petition interest) and certain legal fees and

expenses. On May 4, 2007, the Debtor paid the Lender an additional $40,560.65 for certain

expenses and legal fees incurred by the Lender prior to and following the Petition Date.

8.      As of the date hereof, the Lender has been reimbursed for attorneys' fees and

expenses incurred prior to March 31, 2007 in the aggregate amount of $48,463.52. Legal fees

and expenses in the amount of $11,304.75, for work performed subsequent to March 31, 2007,

remain outstanding.

9.      A summary of the fees and expenses incurred by the Lender and payable by the

Debtor since the inception of this case by month is set forth on the attached Exhibit A. To date,

no party has raised an objection to payment of the attorneys' fees incurred by the Lender.

10.      Attached hereto as Exhibit B are biographies of those attorneys at CH&S[1] who

performed services on behalf of the Lender with respect to this matter.

11.      Attached hereto as Exhibit C is a summary chart setting forth the hourly rate

charged by each attorney at CH&S who performed services on behalf of the Lender with respect

to this matter and the total amount of fees incurred by each such attorney.

---

[1] The Lender submits that the amount of fees attributable to work performed by R&C, *i.e.*, $4,875.75, is relatively
small. The Lender further submits that to include information regarding R&C in the exhibits would be unduly
burdensome relative to the small amount of the fees. If the Court would like additional information regarding the
work performed by R&C on behalf of the Lender, the Lender will supplement this Motion.

4199329v3

12.     Attached hereto as <u>Exhibit D</u> is a summary chart setting forth the categories of out-of-pocket expenses for which reimbursement is sought.

13.     Attached hereto as <u>Exhibit E</u> are copies of chronological schedules showing the recorded time spent by each of the CH&S attorneys in rendering the services therein reflected and the hourly rates at which the services of each were charged.

### Relief Requested

14.     Pursuant to this Motion, the Lender respectfully requests that this Court approve the payment of the Lender's reasonable legal fees and direct the Debtor to pay to CH&S Lender's outstanding legal fees.

15.     Section 506(b) of the Bankruptcy Code provides in relevant part:

> To the extent that an allowed secured claim is secured by property the value of which … is greater than the amount of such claim, there shall be allowed to the holder of such claim, interest on such claim, and any reasonable fees, costs, or charges provided for under the agreement under which such claim arose.

11 U.S.C. § 506(b).

16.     There is no question that the Lender was oversecured, as the sale of the Collateral generated proceeds in excess of the amount owed to the Lender. Moreover, the Lender respectfully submits that the legal fees incurred by the Lender were reasonable.

17.     The Debtor's bankruptcy filing came as somewhat of a surprise to the Lender. Accordingly, the Lender's counsel spent a good deal of time at the outset of the case reviewing the Debtor's first-day pleadings and becoming familiar with the Debtor and its business, the Debtor's restructuring plans, and the Loan Documents. During this period, R&C provided assistance to the Lender and to CH&S as CH&S became familiar with the Debtor and the Loan Documents.

4199329v3

18.     During the case, the Lender incurred fees and expenses in its effort to preserve its rights in the Collateral. On the Petition Date, the Debtor filed a motion seeking the non-consensual use of cash collateral. Although the Lender was not opposed *per se* to the Debtor's use of cash collateral, it was not clear to the Lender that the Debtor intended to provide the adequate protection to which the Lender is entitled under the Bankruptcy Code. Accordingly, in order to preserve its rights, the Lender's counsel prepared and filed, on behalf of the Lender, a limited objection to the Debtor's request to use cash collateral.

19.     Following a hearing on January 25, 2007, the Court authorized the Debtor to use cash collateral on an interim basis. Subsequently, the Lender and the Debtor negotiated the Cash Collateral Order. At the time, the Debtor intended to reorganize its business. Accordingly, the Lender's counsel spent a significant amount of time negotiating and drafting the Cash Collateral Order, which included certain financial requirements and tests with respect to the Debtor's reorganization efforts. The Cash Collateral Order was approved by the Court on February 22, 2007.

20.     On March 13, 2007, the Debtor filed motions (a) to sell substantially all of its assets to Five Star; and (b) to approve bid procedures related to the proposed sale (collectively, the "Sale Pleadings"). The Lender's counsel, on behalf of the Lender, spent significant time reviewing and analyzing the Sale Pleadings to determine how the Lender would be impacted by the proposed sale and whether the sale would generate proceeds in an amount sufficient to satisfy the Debtor's obligations to the Lender. Prior to the hearing to consider the proposed sale to Five Star, the Lender's counsel, on behalf of the Lender, reviewed and provided comments with respect to the proposed form of order approving the sale.

4199329v3

21.     In addition to the foregoing, on and after the Petition Date, the Lender's counsel monitored activity in the Debtor's case on behalf of the Lender in an effort to protect and preserve the Lender's rights.  Without limiting the generality of the foregoing, the Lender reviewed and analyzed pleadings filed in the case (including pleadings relating to discounted sales of inventory among the Lender's Collateral), attended hearings and reviewed and analyzed weekly cash flow reports provided by the Debtor.

22.     All of the Lender's legal fees for services performed through March 31, 2007, including those fees attributable to R&C,  have been paid by the Debtor.  Legal fees and expenses incurred by the Lender subsequent to March 31, 2007 in the amount of $11,304.74 remain unpaid.  Chronological schedules for such fees are among those chronological schedules attached hereto as Exhibit E.

23.     The Lender respectfully requests that the Debtor be directed to pay the remaining unpaid fee amount directly to CH&S.  Because the Debtor's line of credit with the Lender was paid in full on May 4, 2007, it will be difficult, from an administrative standpoint, for the Lender to pay CH&S if the Debtor were to pay the Lender for its legal fees.

## Conclusion

24.     The Lender respectfully requests that this Court (a) approve the payment of the Lender's reasonable and necessary legal fees and expenses in the total amount of $54,892.52; and (b) direct the Debtor to pay directly to CH&S the remaining unpaid balance thereof, $11,304.75.

**WHEREFORE**, the Lender requests that this Court enter an order:

1.      Approving the payment by the Debtor of the Lender's reasonable legal fees and expenses in the aggregate amount of $59,768.27;

6

4199329v3

2.      Directing the Debtor to pay directly to counsel to the Lender, CH&S, the

remaining balance of $11,304.75; and

3.      Granting the Lender such additional relief as is just and proper.

Respectfully Submitted,

**BANK OF AMERICA, N.A.,**

By its counsel:

Dated: October 17, 2007

/s/ Lisa E. Herrington
John F. Ventola (BBO# 567972)
jventola@choate.com
Lisa E. Herrington (BBO# 655678)
lherrington@choate.com
CHOATE HALL & STEWART LLP
Two International Place
Boston, MA 02110
(617) 248-5000

4199329v3

## Exhibit A

## Summary of Legal Fees and Expenses

| Firm | Period Covered | Legal Fees | Expenses |
|------|----------------|------------|----------|
| R&C | Through January 2007 | $ 4,875.75 | |
| CH&S | January 2007 | $14,799.00 | $ 46.08 |
| CH&S | February 2007 | $17,250.00 | $ 95.40 |
| CH&S | March 2007 | $11,383.00 | $ 14.29 |
| CH&S | April 2007 | $ 8,064.00* | $ 65.98* |
| CH&S | May 2007 | $ 2,478.00* | $ 1.77* |
| CH&S | June 2007 | $ 126.00* | $ 0 |
| CH&S | September 2007 | $ 569.00* | $ 0 |
| TOTAL | | $59,544.75 | $223.52 |

* Remains unpaid.

4200069v2

## Exhibit B

## Biographies

***John F. Ventola***, partner in the Creditors' Rights & Bankruptcy and Specialty Finance Groups, admitted to the bar, 1994, Massachusetts.  Education: Boston College (B.S., magna cum laude, 1990); Boston College Law School (J.D., magna cum laude, 1994).

***Lisa E. Herrington***, associate in the Corporate Department and the Insolvency, Creditors' Rights & Bankruptcy Practice Group, admitted to the bar, 2002, Massachusetts.  Education: Georgetown University (B.A. 1995); Boston University School of Law (J.D., cum laude, 2002).

4200069v2

## Exhibit C

## Hourly Rates and Hours Billed

| Attorney | Initials | Hours | Rates | Fee |
|---|---|---|---|---|
| John F. Ventola (Partner) - Prior to 4/1/2007 | JFV | 44.80 | 505 | $22,624.00 |
| John F. Ventola (Partner) - On and after 4/1/2007 | JFV | 4.70 | 550 | $2,585.00 |
| Lisa E. Herrington (Associate) - Prior to 4/1/2007 | LEH | 57.80 | 360 | $20,808.00 |
| Lisa E. Herrington (Associate) - On and after 4/1/2007 | LEH | 20.60 | 420 | $8,652.00 |
| Blended Hourly Rate | | | | $427.44 |

4200069v2

## Exhibit D

## Expenses

| Disbursement/Expense | Amount ($) |
|---|---|
| Courier/Overnight Mail[1] | $6.50 |
| Computerized Legal Research[2] | $36.05 |
| Postage[3] | $18.90 |
| Telephone[4] | $28.07 |
| Photocopy and Related Costs[5] | $134.00 |
| **Total** | **$223.52** |

---

[1]  The Applicant's practice is to use couriers, or overnight delivery as opposed to first class mail, only as required by applicable time constraints.  The Applicant only charges its clients for amounts actually billed to the Applicant for courier services.

[2]  Computerized legal research such as Lexis and Westlaw is charged at actual cost.

[3]  Only postage charges over $1.00 are charged to the client.

[4]  Only telephone charges greater than $1.00 are charged to the client.

[5]  The Applicant charges its clients $.15 per page for photocopying, which is equal to the actual cost.

**Exhibit E**

**Chronological Schedules**

CHOATE

CHOATE HALL & STEWART LLP

**2004103-0015 Bank of America Business Capital**
**Re: Right-Way Dealer Warehouse, Inc.**
Deirdre Sikora
Bank of America Business Capital
200 Glastonbury Boulevard
Glastonbury, CT 06033
Glastonbury, CT 06033

Billing Attorney: JFV
Prepared: 09/28/07
Prebill Index:
Joint Group ID: 2004103

1028 John F. Ventola
For Period Ending: 09/28/07
Batch:
Page 1

| Bill Fees & Costs | ( ) | Bill Fees Only | ( ) | Bill Costs Only | ( ) | Final Bill | ( ) | Apply Unallocated | ( ) |
| Write down Fees & Costs | ( ) | Write down Fees | ( ) | Write down Costs | ( ) | Close Matter | ( ) | On Account | ( ) |

**L190 - Other Case Assess./Dev./Admin.**

| INDEX# | DATE | TIMEKEEPER | NARRATIVE | Act Code | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 5394142 | 01/22/07 | J. Ventola | Telephone conference with Bank of America concerning bankruptcy case, background of deal and various related issues. | | 2.20 | $505 | $1,111.00 |
| 5394713 | 01/22/07 | L. Herrington | Office conference J. Ventola re. case. | | 0.30 | $360 | $108.00 |
| 5404427 | 01/22/07 | L. Herrington | Reviewed UCC search results and research regarding same (1.1). | | 1.10 | $360 | $396.00 |
| 5394144 | 01/23/07 | J. Ventola | Review credit agreement and other loan documents. | | 0.70 | $505 | $353.50 |
| 5394145 | 01/23/07 | J. Ventola | Work on objection to cash collateral and related pleadings. | | 1.10 | $505 | $555.50 |
| 5394154 | 01/24/07 | J. Ventola | Extensive work related to cash collateral objection and form of proposed order. | | 1.30 | $505 | $656.50 |
| 5394155 | 01/24/07 | J. Ventola | Several email exchanges with Bank of America and Ms. Herrington re status of bankruptcy case and related issues. | | 0.40 | $505 | $202.00 |
| 5394716 | 01/24/07 | L. Herrington | Extensive work on objection to cash collateral order and draft interim order approving use of cash collateral, related office conferences re. same. | | 7.20 | $360 | $2,592.00 |
| 5394158 | 01/25/07 | J. Ventola | Prepare for and attend hearing on cash collateral | | 1.60 | $505 | $808.00 |
| 5394164 | 01/25/07 | J. Ventola | Follow-up office conferences and email correspondence with Ms. Herrington and BABC. | | 0.40 | $505 | $202.00 |
| 5394165 | 01/25/07 | J. Ventola | Review several versions of revised cash collateral motion. | | 0.30 | $505 | $151.50 |
| 5394166 | 01/25/07 | J. Ventola | Brief review of docket. | | 0.10 | $505 | $50.50 |

**2004103-0015 Bank of America Business Capital**
**Re: Right-Way Dealer Warehouse, Inc.**

Prepared: 09/28/07
Prebill Index:
Joint Group ID: 2004103

For Period Ending: 09/28/07
Batch:
Page 2

| INDEX# | DATE | TIMEKEEPER | NARRATIVE | Act Code | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 5394721 | 01/25/07 | L. Herrington | Prepared for and attended first day hearing. | | 2.80 | $360 | $1,008.00 |
| 5404428 | 01/25/07 | L. Herrington | Drafted proposed stipulation and order governing use of cash collateral. | | 3.60 | $360 | $1,296.00 |
| 5404429 | 01/25/07 | L. Herrington | Reviewed revised version of Debtor's short-term order. | | 0.30 | $360 | $108.00 |
| 5394171 | 01/26/07 | J. Ventola | Begin review of cash collateral stipulation. | | 0.50 | $505 | $252.50 |
| 5394172 | 01/26/07 | J. Ventola | Begin review of pleadings filed by debtor re reclamation, sale of assets and related issues. | | 0.20 | $505 | $101.00 |
| 5394173 | 01/26/07 | J. Ventola | Office conferences with Ms. Herrington. | | 0.10 | $505 | $50.50 |
| 5394730 | 01/26/07 | L. Herrington | Phone calls Sikora (x2) | | 0.20 | $360 | $72.00 |
| 5404430 | 01/26/07 | L. Herrington | Reviewed motions re. reclamation procedures and sale of discounted inventory. | | 0.40 | $360 | $144.00 |
| 5397246 | 01/29/07 | J. Ventola | Review motion to establish bar date, establish reclamation procedures, and to sell inventory outside the ordinary course of business. | | 0.70 | $505 | $353.50 |
| 5397247 | 01/29/07 | J. Ventola | Office conference with Ms. Herrington concerning motion to establish bar date, establish reclamation procedures, and to sell inventory outside the ordinary course of business. | | 0.20 | $505 | $101.00 |
| 5397732 | 01/29/07 | L. Herrington | Revisions to cash collateral order and correspondence re. same. | | 1.30 | $360 | $468.00 |
| 5404431 | 01/29/07 | L. Herrington | Reviewed pleadings and drafted summary of same. | | 0.60 | $360 | $216.00 |
| 5397738 | 01/30/07 | L. Herrington | Revisions to cash collateral stipulation and attention to related correspondence. | | 1.70 | $360 | $612.00 |
| 5397259 | 01/31/07 | J. Ventola | Review email correspondence re proposed changes to cash collateral stipulation. | | 0.40 | $505 | $202.00 |
| 5397741 | 01/31/07 | L. Herrington | Further revisions and correspondence re. cash collateral stipulation. | | 0.50 | $360 | $180.00 |
| 5404432 | 01/31/07 | L. Herrington | Phone calls re. variance report. | | 0.20 | $360 | $72.00 |
| 5425574 | 02/07/07 | J. Ventola | Review weekly budget to actual report. | | 0.20 | $505 | $101.00 |
| 5425275 | 02/07/07 | J. Ventola | E-mail and tel. correspondence with B of A re: payment mechanism under interim Cash Collateral Order and related issues. | | 0.40 | $505 | $202.00 |
| 5425280 | 02/08/07 | J. Ventola | Review Debtor's draft of CC Stipulation and Order. | | 1.20 | $505 | $606.00 |
| 5409663 | 02/09/07 | J. Ventola | Telephone conference with Mr. Murphy and Mr. Jeffrey. | | 0.20 | $505 | $101.00 |

**2004103-0015 Bank of America Business Capital**
**Re: Right-Way Dealer Warehouse, Inc.**

Prepared: 09/28/07
Prebill Index:
Joint Group ID: 2004103

For Period Ending: 09/28/07
Batch:
Page 3

| INDEX# | DATE | TIMEKEEPER | NARRATIVE | Act Code | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 5425281 | 02/09/07 | J. Ventola | Begin review of several motions filed by Debtor re: retention of professionals and payments thereto. | | 0.80 | $505 | $404.00 |
| 5431210 | 02/09/07 | J. Ventola | E-mail correspondence with debtor counsel re: paydown to Bank of America and related issues. | | 0.10 | $505 | $50.50 |
| 5426754 | 02/12/07 | L. Herrington | Attention to correspondence re: status of cash collateral. | | 0.30 | $360 | $108.00 |
| 5423417 | 02/13/07 | J. Ventola | Negotiations on stipulation | | 1.10 | $505 | $555.50 |
| 5426764 | 02/13/07 | L. Herrington | Reviewed and revised cash collateral order; reviewed recent pleadings filed in case. | | 2.40 | $360 | $864.00 |
| 5423419 | 02/14/07 | J. Ventola | Negotiations on Cash Collateral Stipulation | | 0.90 | $505 | $454.50 |
| 5423420 | 02/14/07 | J. Ventola | Review weekly budget to actual report and forward same to B of A. | | 0.20 | $505 | $101.00 |
| 5426769 | 02/14/07 | L. Herrington | Extensive correspondence re. cash collateral stipulation and revisions to same. | | 2.70 | $360 | $972.00 |
| 5423426 | 02/15/07 | J. Ventola | Review and comment on form of Reclamation Order. | | 0.20 | $505 | $101.00 |
| 5423427 | 02/15/07 | J. Ventola | Negotiations and drafting on Cash Collateral Stipulation | | 1.40 | $505 | $707.00 |
| 5426770 | 02/15/07 | L. Herrington | Multiple phone calls and e-mails regarding negotiation of cash collateral stipulation, and extensive revisions to same. | | 4.30 | $360 | $1,548.00 |
| 5431209 | 02/15/07 | J. Ventola | Related office conf. w/Ms. Herrington. | | 0.10 | $505 | $50.50 |
| 5413719 | 02/16/07 | J. Ventola | To Bankruptcy Court for hearing on sales of discounted inventory and reclamation procedures. | | 1.10 | $505 | $555.50 |
| 5423431 | 02/16/07 | J. Ventola | Review of pre-petition loan documents. | | 2.20 | $505 | $1,111.00 |
| 5431678 | 02/16/07 | J. Ventola | Tel. conf. with E. Jeffrey re: Cash Collateral Stip. | | 0.30 | $505 | $151.50 |
| 5431679 | 02/16/07 | J. Ventola | Related calls with BofA  re cash collateral stipulation. | | 0.20 | $505 | $101.00 |
| 5431680 | 02/16/07 | J. Ventola | Revise and distribute revised Stip. | | 0.80 | $505 | $404.00 |
| 5421144 | 02/19/07 | L. Herrington | Drafted and revised objection, reviewed and revised cash collateral stipulation. | | 2.80 | $360 | $1,008.00 |
| 5423433 | 02/19/07 | J. Ventola | Review revised draft of CC Stip distributed by Debtor's counsel. | | 0.50 | $505 | $252.50 |
| 5431212 | 02/19/07 | J. Ventola | Office conference with L. Herrington re revised draft of CC Stip. distributed by Debtor's counsel. | | 0.20 | $505 | $101.00 |

**2004103-0015 Bank of America Business Capital**
**Re: Right-Way Dealer Warehouse, Inc.**

Prepared: 09/28/07
Prebill Index:
Joint Group ID: 2004103

For Period Ending: 09/28/07
Batch:
Page 4

| INDEX# | DATE | TIMEKEEPER | NARRATIVE | Act Code | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 5431213 | 02/19/07 | J. Ventola | Prepare e-mail to client re revised draft of CC Stip. distributed by Debtor's counsel. | | 0.20 | $505 | $101.00 |
| 5423435 | 02/20/07 | J. Ventola | Extensive work negotiating and re-drafting CC Stip. | | 3.40 | $505 | $1,717.00 |
| 5426779 | 02/20/07 | L. Herrington | Extensive correspondence re. stipulation and revisions to same. | | 3.60 | $360 | $1,296.00 |
| 5431214 | 02/20/07 | L. Herrington | Revised and filed objection re. cash collateral. | | 0.70 | $360 | $252.00 |
| 5423440 | 02/21/07 | J. Ventola | Continue negotiations and Debtor and Committee on Cash Collateral Stip. | | 1.30 | $505 | $656.50 |
| 5423441 | 02/21/07 | J. Ventola | Attend hearing on CC Stipulation and related pre- and post-trial meetings with counsel to Debtor and Committee | | 1.80 | $505 | $909.00 |
| 5423442 | 02/21/07 | J. Ventola | Review final revised copy of CC Stip and Order and related tel confs. with counsel to Debtor and Committee | | 0.90 | $505 | $454.50 |
| 5426792 | 02/21/07 | L. Herrington | Prepared for and attended hearing re. cash collateral, including related revisions to stipulation. | | 2.00 | $360 | $720.00 |
| 5426795 | 02/22/07 | L. Herrington | Correspondence re. cash collateral order. | | 0.50 | $360 | $180.00 |
| 5420502 | 02/26/07 | J. Ventola | Review bar date notice and prepare brief email re same. | | 0.10 | $505 | $50.50 |
| 5420503 | 02/26/07 | J. Ventola | Review various entries on docket by bankruptcy court. | | 0.20 | $505 | $101.00 |
| 5423450 | 02/27/07 | J. Ventola | Telephone conference with Debtor's counsel re: audit requirements and BofA position on same. | | 0.10 | $505 | $50.50 |
| 5431211 | 02/27/07 | J. Ventola | Brief review of relevant provision of loan agreement. | | 0.10 | $505 | $50.50 |
| 5425288 | 02/28/07 | J. Ventola | Review weekly budget to actual report and forward same to clients. | | 0.20 | $505 | $101.00 |
| 5453820 | 03/02/07 | J. Ventola | Continue review of loan documents | | 0.90 | $505 | $454.50 |
| 5455165 | 03/06/07 | L. Herrington | Phone call re. status of case. | | 0.20 | $360 | $72.00 |
| 5453824 | 03/07/07 | J. Ventola | Review weekly budget to actual. | | 0.30 | $505 | $151.50 |
| 5453825 | 03/07/07 | J. Ventola | Review non-reliance letter for environmental reports | | 0.40 | $505 | $202.00 |
| 5455172 | 03/07/07 | L. Herrington | Drafted letter re. delivery of environmental reports obtained by bank and attention to delivery of same. | | 1.50 | $360 | $540.00 |
| 5460385 | 03/07/07 | L. Herrington | Correspondence re. budget and payment. | | 0.30 | $360 | $108.00 |

**2004103-0015 Bank of America Business Capital**
**Re: Right-Way Dealer Warehouse, Inc.**

Prepared: 09/28/07
Prebilll ndex:
Joint Group ID: 2004103

For Period Ending: 09/28/07
Batch:
Page 5

| INDEX# | DATE | TIMEKEEPER | NARRATIVE | Act Code | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 5453928 | 03/08/07 | J. Ventola | Review CH&S statements to be circulated pursuant to Cash Collateral Order | | 0.60 | $505 | $303.00 |
| 5455174 | 03/08/07 | L. Herrington | Completed delivery of environmental reports to Debtor. | | 0.20 | $360 | $72.00 |
| 5438115 | 03/13/07 | J. Ventola | Begin review of sale pleadings. | | 0.40 | $505 | $202.00 |
| 5438116 | 03/13/07 | J. Ventola | Office conf. with Ms. Herrington re: sale pleadings and related issues | | 0.20 | $505 | $101.00 |
| 5455183 | 03/13/07 | L. Herrington | Reviewed Debtor's sale pleadings. | | 0.80 | $360 | $288.00 |
| 5454657 | 03/14/07 | J. Ventola | Review weekly budget to actual report and comparison of same to projected sale pleadings | | 0.40 | $505 | $202.00 |
| 5455190 | 03/14/07 | L. Herrington | Reviewed sale pleadings. | | 1.00 | $360 | $360.00 |
| 5460386 | 03/14/07 | L. Herrington | Office conference Ventola re. sale pleadings. | | 0.20 | $360 | $72.00 |
| 5460387 | 03/14/07 | L. Herrington | Phone call G. Tarbox. | | 0.10 | $360 | $36.00 |
| 5460388 | 03/14/07 | L. Herrington | Phone call D. Sikora. | | 0.20 | $360 | $72.00 |
| 5455194 | 03/15/07 | L. Herrington | Prepared for and attended hearing re: bid procedures. | | 1.40 | $360 | $504.00 |
| 5455199 | 03/15/07 | L. Herrington | E-mail regarding upcoming hearing. | | 0.30 | $360 | $108.00 |
| 5454661 | 03/16/07 | J. Ventola | More detailed review of sale pleadings, Debtor's current assets to be sold and as-entered bid procedures order. | | 1.40 | $505 | $707.00 |
| 5455207 | 03/19/07 | L. Herrington | Phone call S. Simone proposed release of R. Kampner. | | 0.30 | $360 | $108.00 |
| 5458057 | 03/19/07 | J. Ventola | Review fee statements of estate professionals | | 0.20 | $505 | $101.00 |
| 5458058 | 03/19/07 | J. Ventola | Continue review of sale documents | | 1.40 | $505 | $707.00 |
| 5460389 | 03/19/07 | L. Herrington | Reviewed Debtor's counsel's invoice and sent e-mail re: same. | | 0.20 | $360 | $72.00 |
| 5454669 | 03/21/07 | J. Ventola | Review weekly budget to actual and compare same to projected amounts in sale pleadings | | 0.60 | $505 | $303.00 |
| 5455221 | 03/21/07 | L. Herrington | Reviewed and discussed variance report. | | 0.40 | $360 | $144.00 |
| 5454675 | 03/23/07 | J. Ventola | Detailed review of testing reports prepared by Debtor and comparison of reports to Cash Collateral Order | | 0.90 | $505 | $454.50 |
| 5454676 | 03/23/07 | J. Ventola | E-mail and tel. correspondence with Debtor's counsel re: testing reports and amount to be paid to B of A. | | 0.30 | $505 | $151.50 |

**2004103-0015 Bank of America Business Capital**
**Re: Right-Way Dealer Warehouse, Inc.**

Prepared: 09/28/07
Prebill Index:
Joint Group ID: 2004103

For Period Ending: 09/28/07
Batch:
Page 6

| INDEX# | DATE | TIMEKEEPER | NARRATIVE | Act Code | HOURS | RATE | AMOUNT |
|--------|------|-----------|-----------|----------|-------|------|--------|
| 5454877 | 03/23/07 | J. Ventola | Review e-mails from Debtor's counsel re: proposed bulk sale of inventory and related office conferences with Ms. Herrington | | 0.40 | $505 | $202.00 |
| 5455228 | 03/23/07 | L. Herrington | Reviewed e-mail re: proposed sale of inventory. | | 0.30 | $360 | $108.00 |
| 5460390 | 03/23/07 | L. Herrington | Correspondence re. proposed sale of inventory. | | 0.20 | $360 | $72.00 |
| 5453839 | 03/26/07 | J. Ventola | Review e-mail correspondence re: bulk sale of inventory and requests for consent. | | 0.30 | $505 | $151.50 |
| 5453842 | 03/26/07 | J. Ventola | Review guaranty and mortgage in view of sale and possible effects thereon | | 0.90 | $505 | $454.50 |
| 5455231 | 03/26/07 | L. Herrington | E-mails re: sale of debtor's assets, sale of inventory and related deadlines. | | 0.60 | $360 | $216.00 |
| 5453850 | 03/27/07 | J. Ventola | Continue review of sale motion and projected calculation of sale proceeds | | 0.80 | $505 | $404.00 |
| 5455238 | 03/27/07 | L. Herrington | Phone call E. Jeffery re: sale of inventory. | | 0.20 | $360 | $72.00 |
| 5460391 | 03/27/07 | L. Herrington | Reviewed pleadings re. assumption and rejection of various agreements. | | 0.50 | $360 | $180.00 |
| 5453852 | 03/28/07 | J. Ventola | Review weekly budget to actual report | | 0.30 | $505 | $151.50 |
| 5453853 | 03/28/07 | J. Ventola | Detailed review of sale motion and projection purchase price based on Debtor reports of A/R and inventory | | 1.30 | $505 | $656.50 |
| 5453869 | 03/29/07 | J. Ventola | Begin review of sale order. | | 0.60 | $505 | $303.00 |
| 5455249 | 03/29/07 | L. Herrington | Drafted limited objection to sale. | | 1.20 | $360 | $432.00 |
| 5460392 | 03/29/07 | J. Ventola | Telephone conference with Counsel to Creditors' Committee. | | 0.30 | $505 | $161.50 |
| 5453876 | 03/30/07 | J. Ventola | Review form of Sale Order. | | 0.40 | $505 | $202.00 |
| 5453883 | 03/30/07 | J. Ventola | Review draft sale objection. | | 0.40 | $505 | $202.00 |
| 5455257 | 03/30/07 | L. Herrington | Phone call D. Sikora re. status of sale. | | 0.10 | $360 | $36.00 |
| 5460393 | 03/30/07 | J. Ventola | Several office confs. with Ms. Herrington re form of Sale Order. | | 0.40 | $505 | $202.00 |
| 5460394 | 03/30/07 | J. Ventola | Brief review of amended motion to assume contracts and leases. | | 0.10 | $505 | $50.50 |
| 5460395 | 03/30/07 | L. Herrington | Revised objection. | | 0.50 | $360 | $180.00 |
| 5460396 | 03/30/07 | L. Herrington | Phone call E. Jeffery re. proposed sale order. | | 0.20 | $360 | $72.00 |

**2004103-0015 Bank of America Business Capital**
Re: Right-Way Dealer Warehouse, Inc.

Prepared: 09/28/07
Prebill Index:
Joint Group ID: 2004103

For Period Ending: 09/28/07
Batch:
Page 7

| INDEX# | DATE | TIMEKEEPER | NARRATIVE | Act Code | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 5460397 | 03/30/07 | L. Herrington | Revised sale order and drafted proposed payoff letter. | | 0.80 | $360 | $288.00 |

**Subtotal L190** | | | | | 96.00 | | $41,056.00

**L250 - Other Written Motions & Submissions**

| INDEX# | DATE | TIMEKEEPER | NARRATIVE | Act Code | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 5389715 | 01/23/07 | L. Herrington | Reviewed "first day" pleadings. | | 0.70 | $360 | $252.00 |
| 5404433 | 01/23/07 | L. Herrington | Drafted objection to Debtor's motion for authority to use cash collateral and reviewed documents relating to same. | | 5.90 | $360 | $2,124.00 |

**Subtotal L250** | | | | | 6.60 | | $2,376.00

**Total:** | | | | | 102.60 | | $43,432.00

### TIMEKEEPER SUMMARY

| Timekeeper | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1028 | J. Ventola | Partner | 44.80 | $505 | $22,624.00 |
| 1389 | L. Herrington | Associate | 57.80 | $360 | $20,808.00 |
| Total Hours and Amounts: | | | 102.60 | | $43,432.00 |

**2004103-0015 Bank of America Business Capital**
**Re: Right-Way Dealer Warehouse, Inc.**

**Billing Attorney: JFV**
Prepared: 09/28/07
Prebill Index:
Joint Group ID: 2004103

**1028  John F. Ventola**
For Period Ending: 09/28/07
Batch:
Page 8

## ANCILLARY SERVICES

| INDEX# | DATE | CODE / DESCRIPTION | NARRATIVE | ORIGINAL AMOUNT | BILL AMOUNT |
|---|---|---|---|---|---|
| 5502710 | 01/23/07 | 1504 Photocopies | Photocopies: CAPONE, ANGELA HERRINGTON | $8.55 | $5.70 |
| 5502049 | 01/24/07 | 1504 Photocopies | Photocopies: HAMILTON JANET J.HAMILTON | $22.80 | $15.20 |
| 5502050 | 01/24/07 | 1504 Photocopies | Photocopies: HAMILTON JANET J.HAMILTON | $36.00 | $24.00 |
| 5507154 | 01/26/07 | 1608 Telephone | Phone Call to (203)373-7400 HERRINGTON L | $1.18 | $1.18 |
| 5520515 | 02/13/07 | 1608 Telephone | Phone Call to (203)373-7400 HERRINGTON L | $1.77 | $1.77 |
| 5521274 | 02/14/07 | 1608 Telephone | Phone Call to (203)373-7400 HERRINGTON L | $1.18 | $1.18 |
| 5522633 | 02/15/07 | 1608 Telephone | Phone Call to (203)373-7400 HERRINGTON L | $4.13 | $4.13 |
| 5526135 | 02/19/07 | 1304 Lexis Research | HERRINGTON, LISA - LexisNexis OnLine | $28.69 | $28.69 |
| 5525795 | 02/20/07 | 1608 Telephone | Phone Call to (860)368-6030 HERRINGTON L | $5.63 | $5.63 |
| 5526762 | 02/21/07 | 1504 Photocopies | Photocopies: HAMILTON JANET | $28.80 | $28.80 |
| 5527810 | 02/22/07 | 1504 Photocopies | Photocopies: HERRINGTON LISA | $25.20 | $25.20 |
| 5537751 | 03/07/07 | 1608 Telephone | Phone Call to (203)373-7400 VENTOLA JOHN | $1.48 | $1.48 |
| 5539061 | 03/08/07 | 1504 Photocopies | Photocopies: ZITO KIMBERLY | $1.05 | $0.70 |
| 5543975 | 03/14/07 | 1608 Telephone | Phone Call to (203)373-7400 HERRINGTON L | $3.84 | $3.84 |
| 5558518 | 03/30/07 | 1608 Telephone | Phone Call to (203)373-7400 HERRINGTON L | $1.77 | $1.77 |

## DISBURSEMENTS

| INDEX# | DATE | CODE / DESCRIPTION | NARRATIVE | ORIGINAL AMOUNT | CHECK # | BILL AMOUNT |
|---|---|---|---|---|---|---|
| 5548416 | 03/08/07 | 1701 Courier & Local Travel | 030807   CHS - Vendor: RS Express - Inv#: BOS-0- | $6.50 | 366928 | $6.50 |

## ANCILLARY SERVICES SUMMARY

**2004103-0015 Bank of America Business Capital**
**Re: Right-Way Dealer Warehouse, Inc.**

**Billing Attorney: JFV**
Prepared: 09/28/07
Prebill Index:
Joint Group ID: 2004103

**1028  John F. Ventola**
For Period Ending: 09/28/07

Batch:
Page 9

ANCILLARY SERVICES SUMMARY

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1304 | Lexis Research | $28.69 |
| 1504 | Photocopies | $99.60 |
| 1608 | Telephone | $20.98 |
| | Total Ancillary Services | $149.27 |

DISBURSEMENT SUMMARY

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1701 | Courier & Local Travel | $6.50 |
| | Total Disbursements | $6.50 |

Total This Matter: $43,587.77

# CLIENT SUMMARY

**2004103-Bank of America Business Capital**

Billing Attorney: JFV
Prepared: 09/28/07

1028  John F. Ventola
For Period Ending: 09/28/07
Batch:
Page 10

| MATTER | HOURS | FEE | ANC SERVICE/ DISBURSEMENTS | TOTAL | PRIOR BALANCE | LESS ONACCOUNT | LESS UNALLOCATED | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0015 Right-Way Dealer Warehouse, Inc. | 102.60 | $43,432.00 | $155.77 | $43,587.77 | $0.00 | $0.00 | $0.00 | $43,587.77 |
| TOTALS: | 102.60 | $43,432.00 | $155.77 | $43,587.77 | $0.00 | $0.00 | $0.00 | $43,587.77 |

CHOATE HALL & STEWART LLP

**2004103-0015 Bank of America Business Capital**
**Re: Right-Way Dealer Warehouse, Inc.**
Deirdre Sikora
Bank of America Business Capital
200 Glastonbury Boulevard
Glastonbury, CT 06033
Glastonbury, CT 06033

Billing Attorney: JFV
Prepared: 10/16/07
Prebill Index: 834236
Joint Group ID: 2004103

1028  John F. Ventola
For Period Ending: 09/30/07
Batch: 140567
Page 1

| | | |
|---|---|---|
| Bill Fees & Costs ( ) | Bill Fees Only ( ) | Bill Costs Only ( ) |
| Write down Fees & Costs ( ) | Write down Fees ( ) | Write down Costs ( ) |

| | |
|---|---|
| Final Bill ( ) | Apply Unallocated ( ) |
| Close Matter ( ) | On Account ( ) |

**L190 - Other Case Assess./Dev./Admin.**

| INDEX# | DATE | TIMEKEEPER | NARRATIVE | Act Code | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 5465474 | 04/02/07 | L. Herrington | Revised and filed objection to sale (0.5); Reviewed Committee Objection (0.3); Correspondence re. sale (0.3). | | 1.10 | $420 | $462.00 |
| 5487960 | 04/02/07 | J. Ventola | Prepare for sale hearing, including review of revised sale order and tel. confs. with counsel to Mr. Kampner and Committee | | 1.20 | $550 | $660.00 |
| 5464883 | 04/03/07 | J. Ventola | Attend Sale Hearing | | 1.10 | $550 | $605.00 |
| 5486980 | 04/03/07 | L. Herrington | Prepared for and attended Right-Way sale hearing (2.3). | | 2.30 | $420 | $966.00 |
| 5487964 | 04/03/07 | J. Ventola | Review several revised drafts of sale order | | 0.90 | $550 | $495.00 |
| 5487326 | 04/04/07 | L. Herrington | Drafted and revised payoff letter (1.10). | | 1.10 | $420 | $462.00 |
| 5487328 | 04/05/07 | L. Herrington | Revisions to payoff letter and attention to calculation of payoff amount (0.4); Drafted consent regarding new lease of facility and related correspondence (0.9). | | 1.30 | $420 | $546.00 |
| 5487984 | 04/05/07 | J. Ventola | Attend to pay off and related issues | | 0.80 | $550 | $440.00 |
| 5465478 | 04/06/07 | L. Herrington | Correspondence re. payoff of indebtedness to Bank. | | 0.90 | $420 | $378.00 |
| 5464892 | 04/09/07 | J. Ventola | Office conferences with Ms. Herrington concerning dispute over payoff amount and related issues. | | 0.20 | $550 | $110.00 |
| 5487343 | 04/09/07 | L. Herrington | Phone call Ethan regarding payment of fees and review documents relating to same. | | 0.50 | $420 | $210.00 |
| 5468080 | 04/12/07 | L. Herrington | Phone call Debtor's counsel re. invoices (0.1); Office conference Ventola re. same (0.1); Drafted e-mail re. same (0.2). | | 0.40 | $420 | $168.00 |

**2004103-0015 Bank of America Business Capital**
**Re: Right-Way Dealer Warehouse, Inc.**

Prepared: 10/16/07
Prebilll index: 834236
Joint Group ID: 2004103

For Period Ending: 09/30/07
Batch: 140567
Page 2

| INDEX# | DATE | TIMEKEEPER | NARRATIVE | Act Code | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 5487364 | 04/18/07 | L. Herrington | Attention to correspondence regarding outstanding fees. | | 0.30 | $420 | $126.00 |
| 5487367 | 04/19/07 | L. Herrington | Phone call Debtor's counsel regarding outstanding fees and attention to correspondence re. same. | | 0.50 | $420 | $210.00 |
| 5485071 | 04/23/07 | L. Herrington | Began draft of motion for approval of Bank's fees. | | 1.30 | $420 | $546.00 |
| 5485077 | 04/24/07 | L. Herrington | Correspondence regarding payment of fees (0.2); Work on draft of motion to approve fees (0.4). | | 0.60 | $420 | $252.00 |
| 5485081 | 04/25/07 | L. Herrington | E-mail and phone call re. payment of fees (0.2); Related office conference Ventola (0.1); Work on draft of motion to approve payment of fees (1.0). | | 1.30 | $420 | $546.00 |
| 5487376 | 04/30/07 | L. Herrington | Work on motion to approve payment of fees. | | 2.10 | $420 | $882.00 |
| 5502064 | 05/03/07 | L. Herrington | Correspondence re. payment of outstanding fees. | | 0.40 | $420 | $168.00 |
| 5502065 | 05/04/07 | L. Herrington | E-mails regarding fees. | | 0.20 | $420 | $84.00 |
| 5502067 | 05/07/07 | L. Herrington | Phone call D. Sikora (0.2); Work on draft of motion for approval of fees (1.4). | | 1.60 | $420 | $672.00 |
| 5509431 | 05/21/07 | L. Herrington | Finalized draft of motion to allow fees. | | 3.10 | $420 | $1,302.00 |
| 5515621 | 05/22/07 | L. Herrington | Finalized draft of motion to approve fees. | | 0.60 | $420 | $252.00 |
| 5534860 | 06/19/07 | L. Herrington | Reviewed final settlement agreements. | | 0.30 | $420 | $126.00 |
| 5622028 | 09/27/07 | J. Ventola | Review fee application. | | 0.50 | $550 | $275.00 |
| 5622029 | 09/27/07 | L. Herrington | Review and revise fee application. | | 0.50 | $420 | $210.00 |
| 5622640 | 09/28/07 | L. Herrington | Reviewed and revised motion for fees. | | 0.20 | $420 | $84.00 |
| **Subtotal L190** | | | | | **25.30** | | **$11,237.00** |
| | | | | Total: | **25.30** | | **$11,237.00** |

## TIMEKEEPER SUMMARY

| Timekeeper | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1028 | J. Ventola | Partner | 4.70 | $550 | $2,585.00 |
| 1389 | L. Herrington | Associate | 20.60 | $420 | $8,652.00 |
| | | **Total Hours and Amounts:** | **25.30** | | **$11,237.00** |

**2004103-0015 Bank of America Business Capital**
**Re: Right-Way Dealer Warehouse, Inc.**

**Billing Attorney: JFV**
Prepared: 10/16/07
Prebill Index: 834236
Joint Group ID: 2004103

**1028 John F. Ventola**
For Period Ending: 09/30/07
Batch: 140567
Page 3

## ANCILLARY SERVICES

| INDEX# | DATE | CODE / DESCRIPTION | NARRATIVE | ORIGINAL AMOUNT | BILL AMOUNT |
|---|---|---|---|---|---|
| 5557713 | 04/02/07 | 1504 Photocopies | Photocopies: HAMILTON JANET | $49.05 | $32.70 |
| 5559276 | 04/02/07 | 1704 Postage | Disbursement: POSTAGE  FAX CENTER | | $18.90 |
| 5558416 | 04/03/07 | 1608 Telephone | Phone Call to (203)373-7400 HERRINGTON L | $2.66 | $2.66 |
| 5560240 | 04/04/07 | 1504 Photocopies | Photocopies: HERRINGTON LISA | $2.40 | $1.60 |
| 5560241 | 04/05/07 | 1608 Telephone | Phone Call to (203)373-7400 HERRINGTON L | $1.18 | $1.18 |
| 5564119 | 04/10/07 | 1504 Photocopies | Photocopies: HERRINGTON LISA | $0.15 | $0.10 |
| 5564958 | 04/11/07 | 1608 Telephone | Phone Call to (603)864-4702 VENTOLA JOHN | $1.48 | $1.48 |
| 5588090 | 05/10/07 | 1608 Telephone | Phone Call to (203)373-7400 HERRINGTON L | $1.77 | $1.77 |

## DISBURSEMENTS

| INDEX# | DATE | CODE / DESCRIPTION | NARRATIVE | ORIGINAL AMOUNT | CHECK # | BILL AMOUNT |
|---|---|---|---|---|---|---|
| 5571253 | 03/31/07 | 1306: On-Line Legal Research | On-Line Legal Research -- VENDOR: Pacer Service Center | $7.36 | 367651 | $7.36 |

## ANCILLARY SERVICES SUMMARY

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1504 | Photocopies | $34.40 |
| 1608 | Telephone | $7.09 |
| 1704 | Postage | $18.90 |
| | Total Ancillary Services | $60.39 |

## DISBURSEMENT SUMMARY

2004103-0015 Bank of America Business Capital
Re: Right-Way Dealer Warehouse, Inc.

**Billing Attorney: JFV**
Prepared: 10/16/07
Prebill Index: 834236
Joint Group ID: 2004103

**1028  John F. Ventola**
For Period Ending: 09/30/07
Batch: 140567
Page 4

DISBURSEMENT SUMMARY

| CODE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 1306 | On-Line Legal Research | $7.36 |
| | Total Disbursements | $7.36 |
| | Total This Matter: | $11,304.75 |

# CLIENT SUMMARY

**2004103-Bank of America Business Capital**

Billing Attorney: JFV
Prepared: 10/16/07

**1028  John F. Ventola**
For Period Ending: 09/30/07
Batch: 140567
Page 5

| MATTER | HOURS | FEE | ANC SERVICE/ DISBURSEMENTS | TOTAL | PRIOR BALANCE | LESS ONACCOUNT | LESS UNALLOCATED | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0015 Right-Way Dealer Warehouse, Inc. | 25.30 | $11,237.00 | $67.75 | $11,304.75 | $0.00 | $0.00 | $0.00 | $11,304.75 |
| TOTALS: | 25.30 | $11,237.00 | $67.75 | $11,304.75 | $0.00 | $0.00 | $0.00 | $11,304.75 |